IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Julio Rivera | ) | Case No: 13 C 9275 |
| | ) | |
| v. | ) | |
| | ) | Judge: Thomas M. Durkin |
| | ) | |
| Anthony Batts, et al | ) | |
| | ) | |

## ORDER

(:5)
Motion hearing held. Defendants' motion to dismiss is denied. Defendants' alternative motion to transfer venue is granted.. [18] Enter Agreed Order Granting Motion to Change Venue. It is hereby ordered that this action is transferred to the United States District Court for the District of Maryland, pursuant to Title 28 U.S.C. 1406(a). The Clerk is directed to transfer this action forthwith.

Date:   7/2/14                                          /s/ Thomas M. Durkin

2014 JUL -3 AM 11:19